PAMELA E. COGAN (SBN 105089)
MARY K. PIASTA (SBN 229655)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA  94063
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

BURTON C. ALLYN, IV (SBN 96273)
JOHNS & ALLYN
1010 B Street, Suite 350
San Rafael, CA  94901
Telephone:   (415) 459-5223
Facsimile:    (415) 453-2555

Attorney for Plaintiff
BELA TORKOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELA TORKOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | CASE NO.  C 04-01393 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO DISCLOSE EXPERTS<br><br>[Local Rule 6-2] |

WHEREAS, the parties previously stipulated to disclose experts on May 31, 2005;

WHEREAS, defendant's experts will need to review plaintiff's deposition prior to issuing their reports;

WHEREAS, plaintiff is now living in Florida and the parties chose the date of his deposition to accommodate plaintiff's schedule to travel from Florida to the Bay Area;

WHEREAS, plaintiff's testimony will be critical for experts to evaluate prior to preparing their reports;

RC1/373538.1/MKP

STIPULATION AND [PROPOSED] ORDER
CASE NO.  C 04-01393 CW

1  WHEREAS, currently the date of plaintiff's deposition, May 24, 2005, provides
2  insufficient time for the experts to consider the information in his deposition;
3  WHEREAS, the court extended the deadlines on February 24, 2005;
4  IT IS HEREBY STIPULATED BETWEEN THE PARTIES through their respective
5  counsel of record that the date to disclose experts be extended two weeks, up to and including
6  June 14, 2005.
7  **IT IS SO STIPULATED.**
8  Dated: May 9, 2005     JOHNS & ALLYN

By: *[signature]* Burton C. Allyn IV
BURTON C. ALLYN, IV
Attorneys for Plaintiff
BELA TORKOS

Dated: May 9, 2005     ROPERS, MAJESKI, KOHN & BENTLEY

By: *[signature]*
PAMELA E. COGAN
MARY K. PIASTA
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

RC1/373538.1/MKP                - 2 -                STIPULATION AND [PROPOSED] ORDER
                                                     CASE NO. C 04-01393 CW

# ORDER

**IT IS SO ORDERED.**

- The last day to disclose identities and reports of expert witnesses is June 14, 2005.

Dated: May 16, 2005

/s/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE