PAMELA E. COGAN (SBN 105089)
MARY K. PIASTA (SBN 229655)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA  94063
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELA TORKOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 through 10,<br><br>　　　　　Defendant. | CASE NO.  C 04 01393 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

It is hereby stipulated by and between the parties that the above-captioned action be dismissed with prejudice.  Each party shall bear its own fees and costs.

Dated: June 3, 2005

JOHNS & ALLYN

By: _____
C. BURTON ALLYN
Attorneys for Plaintiff
BELA TORKOS

RC1/375040 1/MKP

- 1 -

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – CASE NO. C 04 01393 CW

| | |
|---|---|
| 1   Dated: June 13, 2005 | ROPERS, MAJESKI KOHN & BENTLEY |
| 2 | |
| 3 | By: /s/ *signature* |
| 4 | PAMELA E. COGAN<br>MARY K. PIASTA<br>Attorneys for Defendant |
| 5 | LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON |

### ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: June 17, 2005        /s/ CLAUDIA WILKEN

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE